SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------x
DANNY COLON,

                                     Plaintiff,

    - against -

THE CITY OF NEW YORK;
THE NEW YORK CITY HOUSING AUTHORITY;
JAMES THEIS, a former detective employed
by the New York City Police Department,
MICHAEL CODELLA (aka "Rambo"), a former
detective with the New York City Housing
Authority Police Department, and JOHN DOE
Nos. 1 through 5 (whose identities are currently
unknown but who are known to have been
detectives and supervisors with the New York City
or New York City Housing Authority
Police Department), as individuals and in their
official capacities,

                                     Defendants.
---------------------------------------------------------------x

**STIPULATION EXTENDING TIME TO ANSWER**

Bronx County
Index No.: 307698/12

Law Dep't No. 2012-030993

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between the undersigned herein that defendant, The City of New York's time to answer is hereby extended up to and including January 14, 2013. A facsimile of this stipulation may be considered an original for the purposes of filing.

DATED:    NEW YORK, NEW YORK
                December 4, 2012

_____
Joel B. Rudin, Esq.
Attorney for Plaintiff
200 West 57th Street
Suite 900
New York, NY 10019

_____
By: Michael Finkelstein, Esq.
MICHAEL A. CARDOZO
Corporation Counsel
Attorney for Defendant(s)
THE CITY OF NEW YORK
New York, New York, 10007