FILED  Nov 26 2012 Bronx County Clerk

Form 27 - GENERAL PURPOSE                                              G

P241427

JOEL B. RUDIN ESQ.   JOEL B. RUDIN ESQ.
SUPREME COURT BRONX COUNTY STATE OF NEW YORK
------------------------------------------------------------
DANNY COLON
                                                    index No. 307698/12
                                       PLAINTIFF   Date Filed

THE CITY OF NEW YORK, ETAL
                                                    Office No.
                                       DEFENDANT    Court Date.
------------------------------------------------------------
            STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **19TH** day of **NOVEMBER, 2012** **03:07 PM** at
            **100 CHURCH ST 4TH FL.**
            **NEW YORK NY 10007**
I served a true copy of the **SUMMONS AND COMPLAINT**,
upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**DMITRIY ARONOV , LEGAL CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
            Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

            SEX: **MALE**    COLOR: **WHITE** HAIR: **BALD/GREY**
            APP.AGE: **58** APP. HT: **5'6** APP. WT: **190**
            OTHER IDENTIFYING FEATURES
            **GLASSES**

COMMENTS:

Sworn to before me this
21ST day of NOVEMBER, 2012


KENNETH WISSNER
Notary Public, NEW YORK
 01WI4714130
Qualified in NEW YORK
Commission Expires 03/30/2014

SHAWN D. FORBES 1002608
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JBR-241427

FILED Nov 27 2012 Bronx County Clerk

Form 27 - GENERAL PURPOSE

JOEL B. RUDIN ESQ.   JOEL B. RUDIN ESQ.
SUPREME COURT BRONX COUNTY STATE OF NEW YORK



DANNY COLON

- vs -

PLAINTIFF

THE CITY OF NEW YORK, ETAL

DEFENDANT

index No. 307698/12
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **19TH** day of **NOVEMBER, 2012** **11:53AM** at
      **250 BROADWAY 9TH FL.**
      **NEW YORK NY**
I served a true copy of the **SUMMONS AND COMPLAINT**,
upon **THE NEW YORK CITY HOUSING AUTHORITY**
**the DEFENDANT** therein named by delivering to, and leaving personally with
**CAROLYN HARDY , CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
      Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **BROWN** HAIR: **BLACK**
APP.AGE: **50** APP. HT: **5/8** APP. WT: **140**
OTHER IDENTIFYING FEATURES
**GLASSES**

COMMENTS:

Sworn to before me this
21ST day of NOVEMBER, 2012

JEFFREY RUBELL
Notary Public, NASSAU COUNTY
 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2014

ERIC GOLDKLANK 1298914
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JBR-241429

Form 5 - SUITABLE WITH MAILING     NI


P241431

JOEL B. RUDIN ESQ.   JOEL B. RUDIN ESQ.
SUPREME COURT BRONX COUNTY STATE OF NEW YORK
--------------------------------------------------------
DANNY COLON

                                                  PLAINTIFF     index No. 307698/12
                                                                                    Date Filed

THE CITY OF NEW YORK, ETAL

                                                DEFENDANT     Office No.
                                                                                      Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JESSICA FELDMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21ST** day of **NOVEMBER, 2012 1:04PM** at
        **866 STAFFORD AVE**
        **STATEN ISLAND NY 10309**
I served the **SUMMONS AND COMPLAINT,**
upon **MICHAEL CODELLA (AKA RAMBO) A FORMER DETECTIVE WITH THE NEW YORK CITY HOUSING AUTHORITY POLICE DEPARTMENT LTD**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **RITA CODELLA, WIFE**
a person of suitable age and discretion.
        Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

        SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
        APP.AGE: **40** APP. HT: **5/6** APP. WT: **125**
        OTHER IDENTIFYING FEATURES

On **11/29/2012** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
29TH day of NOVEMBER, 2012

*[signature]*

JEFFREY RUBELL
Notary Public, NASSAU COUNTY
01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2014

*[signature: Jessica Feldman]*

JESSICA FELDMAN 1424828
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JBR-241431

FILED Dec 03 2012 Bronx County Clerk

NOV 26 2012

Form 27 - GENERAL PURPOSE

United Lawyers


P241427

JOEL B. RUDIN ESQ.   JOEL B. RUDIN ESQ.
SUPREME COURT BRONX COUNTY STATE OF NEW YORK

---

DANNY COLON

                                                PLAINTIFF

                   - vs -

THE CITY OF NEW YORK, ETAL

                                                DEFENDANT

index No. 307698/12
Date Filed

Office No.
Court Date.

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 19TH day of NOVEMBER, 2012 03:07 PM at
      100 CHURCH ST 4TH FL.
      NEW YORK NY 10007
I served a true copy of the SUMMONS AND COMPLAINT,
upon THE CITY OF NEW YORK
the DEFENDANT therein named by delivering to, and leaving personally with
DMITRIY ARONOV , LEGAL CLERK AUTHORIZED TO ACCEPT
a true copy of each thereof.
      Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

      SEX: **MALE**   COLOR: **WHITE**  HAIR: **BALD/GREY**
      APP.AGE: 58  APP. HT: 5'6  APP. WT: 190
      OTHER IDENTIFYING FEATURES
      **GLASSES**

COMMENTS:

Sworn to before me this
21ST day of NOVEMBER, 2012

KENNETH WISSNER
Notary Public, NEW YORK
01WI4714130
Qualified in NEW YORK
Commission Expires 03/30/2014

SHAWN D. FORBES 1002608
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JBR-241427

BRONX COUNTY
COUNTY CLERK
2012 NOV 26 AM 10:26

RECEIVED