SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x
DANNY COLON,

                                                  Plaintiff,

    - against -

THE CITY OF NEW YORK;
THE NEW YORK CITY HOUSING AUTHORITY;
JAMES THEIS, a former detective employed
by the New York City Police Department,
MICHAEL CODELLA (aka "Rambo"), a former
detective with the New York City Housing
Authority Police Department, and JOHN DOE
Nos. 1 through 5 (whose identities are currently
unknown but who are known to have been
detectives and supervisors with the New York City
or New York City Housing Authority
Police Department), as individuals and in their
official capacities,

                                                  Defendants.

**CONSENT TO REMOVAL**

Bronx County
Index No.: 307698/12

Law Dep't No. 2012-030993

------------------------------------------------------------------------x

      **Patrick Lawless**, an attorney admitted to practice law in the State of New York, hereby affirms under penalties of perjury pursuant to CPLR 2106:

      1.    I am a member of the Law Offices of Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, located at 150 East 42nd Street, New York, New York 10017, attorneys for defendant New York City Housing Authority ("NYCHA") in the above-captioned action.

      2.    The New York City Law Department has requested NYCHA's consent to remove the above-captioned matter from the Supreme Court of New York, Bronx County, to the United States District Court, Southern District of New York.

      3.    I have conferred with my client regarding this request for removal.

5299010v.1

4. NYCHA hereby consents to the removal of this matter from the Supreme Court of New York, Bronx County, to the United States District Court, Southern District of New York.

5. By consenting to this removal, NYCHA does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest in personam jurisdiction, improper service of process, and whether venue in this Court or the Court from which this action has been removed is correct.

Dated:   November 30, 2012

*[signature]*
Patrick Lawless

5299010v.1