SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
DANNY COLON,

                              Plaintiff,

- against -

THE CITY OF NEW YORK;
THE NEW YORK CITY HOUSING AUTHORITY;
JAMES THEIS, a former detective employed
by the New York City Police Department,
MICHAEL CODELLA (aka "Rambo"), a former
detective with the New York City Housing
Authority Police Department, and JOHN DOE
Nos. 1 through 5 (whose identities are currently
unknown but who are known to have been
detectives and supervisors with the New York City
or New York City Housing Authority
Police Department), as individuals and in their
official capacities,

                              Defendants.
------------------------------------------------------------------X

**CONSENT TO REMOVAL**

Bronx County
Index No.: 307698/12

Law Dep't No. 2012-030993

       **Ronald P. Berman**, an attorney admitted to practice law before the state and federal courts in the State of New York, affirms the truth of the following statements under penalty of perjury:

       1.     I represent a defendant, Michael Codella, in the above-captioned action.

       2.     The New York City Law Department has requested my client's consent to remove the above-captioned matter from the Supreme Court of New York, Bronx County, to the United States District Court, Southern District of New York.

       3.     I have conferred with my client regarding this request for removal.

4.  Michael Codella hereby consents to the removal of this matter from the Supreme Court of New York, Bronx County, to the United States District Court, Southern District of New York.

5.  By consenting to this removal, Michael Codella does not waive any defense which may be available to him, specifically including, but not limited to, him right to contest in personam jurisdiction, improper service of process, and the absence of venue in this Court or the Court from which this action has been removed.

Dated: New York, New York
December 3, 2012

_____
Ronald P. Berman