SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x
DANNY COLON,

                          Plaintiff,

- against -

THE CITY OF NEW YORK;
THE NEW YORK CITY HOUSING AUTHORITY;
JAMES THEIS, a former detective employed
by the New York City Police Department,
MICHAEL CODELLA (aka "Rambo"), a former
detective with the New York City Housing
Authority Police Department, and JOHN DOE
Nos. 1 through 5 (whose identities are currently
unknown but who are known to have been
detectives and supervisors with the New York City
or New York City Housing Authority
Police Department), as individuals and in their
official capacities,

                          Defendants.
------------------------------------------------------------------------x

**CONSENT TO REMOVAL**

Bronx County
Index No.: 307698/12

Law Dep't No. 2012-030993

**James Theis**, being duly sworn, deposes and states as follows:

1. I am a former member of the New York City Police Department, from which I am now retired. I retired at the rank of detective in 1994.

2. I hereby consent to the removal of the above-captioned action, from the Supreme Court of New York, Bronx County, to the United States District Court for the Southern District of New York.

3. By consenting to the removal of this action, I do not waive any defense which may be available to me, specifically, including, but not limited to, my right to contest <u>in</u>

<u>personam</u> jurisdiction, improper service of process, and the absence of venue in this Court or the Court from which this action has been removed.

Dated:       December 5, 2012

_____
James Theis

Sworn to before me this
5 TH day of December, 2012.

_____
Notary Public

ERIC H WEST
Notary Public, State of New York
No. 02WE6059420
Qualified in New York County
Commission Expires Jan. 30, 2016