USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/20/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY COLON,

                Plaintiff,

    -v-

THE CITY OF NEW YORK et al.,

                Defendants.

12-CV-9205 (JMF)

<u>ORDER</u>

JESSE M. FURMAN, United States District Judge:

      As stated on the record at the conference held on June 19, 2014, all document discovery (other than discovery exclusively related to Plaintiff's *Monell* claim, which is deferred for later consideration) shall be completed by **July 31, 2014**.  Further, all fact depositions (other than those exclusively related to Plaintiff's *Monell* claim) shall be completed by **November 1, 2014**.

      In addition, upon further review *in camera* of the April 2, 1990 memorandum by ADA Margaret Finerty, the District Attorney of New York is ORDERED to produce an unredacted copy of the document to Plaintiff forthwith.  The Clerk of Court is directed to file and maintain the memorandum, in both redacted and unredacted form, under seal.

      Finally, the Court neglected to set a date for the next conference.  The parties shall appear for a pretrial conference on **October 30, 2014**, at **3:30 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: June 19, 2014
     New York, NY

_____
JESSE M. FURMAN
United States District Judge