LAW OFFICES OF
# JOEL B. RUDIN
200 WEST 57TH STREET
SUITE 900
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@aol.com

JOEL B. RUDIN

TERRI S. ROSENBLATT
STEVEN R. AQUINO

JABBAR COLLINS
(Legal Analyst)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2014

June 23, 2014

**ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Colon v. City of New York*
            12 CV 9205 (JMF)

Dear Judge Furman:

    I am writing this joint letter on behalf of the parties to seek clarification of the Court's order of June 19. Specifically, the Court and the parties agreed to stay *Monell* discovery concerning Plaintiff's claim involving the New York County D.A.'s Office, but the separate *Monell* claims concerning the New York City Police Department and the New York City Housing Authority Police were not discussed. The parties agree it makes sense to stay all police-related *Monell* discovery, too, but request the Court to indicate whether it agrees. Thank you for your consideration.

                        Respectfully submitted,

                        Joel B. Rudin

JBR/tp

  cc:   All Counsel (by ECF)

        Sarah Hines, Esq. (by e-mail)
        *Assistant District Attorney, New York County*

The Court agrees.

SO ORDERED.

June 23, 2014