UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANNY COLON,                                   :

                     Plaintiff,            :        Dkt. No. 12-cv-9205 (JMF)

           -against-                         :        **NOTICE OF MOTION**
                                                                **TO UNSEAL GRAND**
THE CITY OF NEW YORK, *et al.*,          :        **JURY MINUTES**

                   Defendants.          :

------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Declaration of Joel B. Rudin, dated July 22, 2014, the exhibits attached thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings had herein, Plaintiff Danny Colon with move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, for an order unsealing and directing the New York County District Attorney's Office to disclose the grand jury proceedings in *People v. William Perez* (N.Y. County Indictment Number 591/90).

      PLEASE TAKE FURTHER NOTICE that opposition papers, if any, are to be served no later than August 5, 2014.

Dated: New York, New York
       July 22, 2014

                                                                                              /s/ Joel B. Rudin
                                                                 JOEL B. RUDIN
                                                                 1345 Avenue of the Americas, 2nd Floor
                                                                 New York, New York 10105
                                                                 (212) 752-7600
                                                                 jbrudin@rudinlaw.com
                                                                 *Attorney for Plaintiff*

TO:    All Counsel (By ECF)

       Sarah Hines, Esq. (By ECF)
       Assistant District Attorney