LAW OFFICES OF
# JOEL B. RUDIN
600 FIFTH AVENUE
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

STEVEN R. AQUINO
AMY E. ROBINSON

GEORGE R. GOLTZER
THOMAS C. VILES
(Of Counsel)
JABBAR COLLINS
(Legal Analyst)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2014
```

November 13, 2014

**ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court will not stay discovery, but in light of the settlement the deadline for completion of depositions is extended from December 19, 2014, to January 9, 2015, and the pretrial conference scheduled for December 19, 2014, is ADJOURNED to January 12, 2015, at 4:15 p.m. No further extensions will be granted on account of the settlement. SO ORDERED.

Re:   *Colon v. City of New York*
      12 CV 9205 (JMF)

November 13, 2014

Dear Judge Furman:

I am writing this joint letter on behalf of all the parties to inform the Court that a settlement has been reached in this matter of all claims with respect to all parties. The settlement in this case is part of a "global" or joint settlement of all actions related to Danny Colon's claims, including the State Supreme Court and State Court of Claims actions brought by Mr. Colon's original co-defendant, Anthony Ortiz. The defendants understandably have made a condition of the settlement of this action such a global settlement of all the related actions.

I am working with all counsel in all three actions to prepare and file simultaneously the requisite settlement documents. Because of the number of parties and settling governmental entities (New York City, New York State, and the New York City Housing Authority) involved, the parties jointly request until November 26 to file the requisite settlement documents in this action, and request that all discovery deadlines be stayed or frozen until such date. The Court's flexibility concerning the scheduling issues in this case and prompt resolution of discovery disputes greatly assisted the parties in reaching this settlement.

Respectfully submitted,

Joel B. Rudin

JBR/tp

cc:   All Counsel (by ECF)