```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DANNY COLON,

                                        Plaintiff,

                -against-

THE CITY OF NEW YORK; THE NEW YORK CITY
HOUSING AUTHORITY; JAMES THEIS, a former detective
employed by the New York City Police Department,
MICHAEL CODELLA (aka "Rambo"), a former detective
with the New York City Housing Authority Police Department,
and JOHN DOE Nos. 1 through 5 (whose identities are
currently unknown but who are known to have been detectives
and supervisors with the New York City or the New York City
Housing Authority Police Departments), as individuals and in
their official capacities,

                                       Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 9205 (JMF)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action, including cross-claims, is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

LAW OFFICES OF JOEL B. RUDIN
*Attorneys for Plaintiff*
200 West 57th Street, Suite 900
New York, New York 10019
(212) 752-7600

By: _____
    Joel B. Rudin

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Theis*
100 Church Street, Rm. 3-208
New York, New York 10007

By: _____
    Patrick Beath
    *Assistant Corporation Counsel*

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
Attorneys for Defendant
NEW YORK CITY HOUSING AUTHORITY
150 East 42nd Street
New York, NY 10017
(212) 490-3000

By: _____
    Patrick J. Lawless

RONALD P. BERMAN
Attorney at Law
Attorney for Defendant
MICHAEL CODELLA
14 Wall Street – 30th Floor
New York, NY 10005
(212) 422-1414

By: _____
    Ronald P. Berman

SO ORDERED: _____

HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 1, 2014

2

The Clerk of Court is directed to close this case. All conferences are cancelled. All motions are moot.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DANNY COLON,

                                Plaintiff,       **STIPULATION OF**
                                                   **SETTLEMENT**
              -against-

THE CITY OF NEW YORK; THE NEW YORK       12 CV 9205 (JMF)
CITY HOUSING AUTHORITY; JAMES THEIS, a
former detective employed by the New York City
Police Department, MICHAEL CODELLA (aka
"Rambo"), a former detective with the New York City
Housing Authority Police Department, and JOHN
DOE Nos. 1 through 5 (whose identities are currently
unknown but who are known to have been detectives
and supervisors with the New York City or the New
York City Housing Authority Police Departments), as
individuals and in their official capacities,

                                    Defendants.
----------------------------------------------------------------x

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 2012, alleging that the defendants violated plaintiff's federal civil rights and caused him physical injury and illness; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations, including any and all liability alleged by and between defendants; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.  The above-referenced action, including cross-claims, is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2.  Defendant City of New York hereby agrees to pay plaintiff Danny Colon the sum of Two Million Five Hundred Thousand ($2,500,000.00) Dollars in full satisfaction of all claims against the City of New York and James Theis related to his prosecution in *People v. Daniel Colon and Anthony Ortiz*, Index No. 11073/90 (NY Co.). This is inclusive of costs, expenses and attorneys' fees incurred in connection with this Action. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants City of New York and James Theis and to release the defendants and any present or former employees and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights and any and all related state law claims, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3.  Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from Medicare for the reimbursement of any conditional payments made by Medicare for any injury or condition that is the subject of this lawsuit. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. It is further stipulated and agreed by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and cross-claims against defendants New York City Housing Authority and Michael Codella are voluntarily dismissed with prejudice and without costs, and plaintiff hereby agrees to release defendants New York City Housing Authority and Michael Codella and any present or former employees and agents of the New York Housing Authority from any and all liability, claims, or rights of action arising from the allegations of a violation of plaintiff's civil rights in this action and any and all related state law claims, including claims for costs, expenses, and attorneys' fees.

5. The City of New York, James Theis, New York City Housing Authority and Michael Codella agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice any and all alleged cross-claims by and between them and agree to release the defendants and any present or former employees and agents of the City of New York or the New York Housing Authority, or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action arising from the allegations of a violation of plaintiff's civil rights in this action and any and all related state law claims, including claims for costs, expenses, and attorneys' fees.

6. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in any other litigation or settlement negotiations, except to enforce the terms of this agreement.

7. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, the New York City Housing Authority, or any agency thereof.

8. Plaintiff agrees to hold harmless defendants regarding any liens or past and/or future Medicare payments, presently known or unknown, in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

9. In addition to this settlement, *Ortiz v. State of New York*, Claim No. 121781 (N.Y. Court of Claims) (Scuccimarra, J.), and *Ortiz v. City of New York, et al.*, Ind. No. 400063/14 (Supreme Court, New York County) (Freed, J.S.C.), are also settled.

10. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or

4

to vary the terms and conditions contained herein.

Dated: New York, New York
       Nov. 25, 2014

LAW OFFICES OF JOEL B. RUDIN
*Attorneys for Plaintiff*
200 West 57th Street, Suite 900
New York, New York 10019
(212) 752-7600

By: _____
    Joel B. Rudin

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Theis*
100 Church Street, Rm. 3-208
New York, New York 10007

By: _____
    Patrick Beath
    *Assistant Corporation Counsel*

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
Attorneys for Defendant
NEW YORK CITY HOUSING AUTHORITY
150 East 42nd Street
New York, NY 10017
(212) 490-3000

By: _____
    Patrick J. Lawless

RONALD P. BERMAN
Attorney at Law
Attorney for Defendant
MICHAEL CODELLA
14 Wall Street – 30th Floor
New York, NY 10005
(212) 422-1414

By: _____
    Ronald P. Berman

5



| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PATRICK BEATH<br>*Assistant Corporation Counsel*<br>pbeath@law.nyc.gov<br>Phone: (212) 356-2656<br>Fax: (212) 356-3509 |

November 26, 2014

**BY EMAIL TO THE ORDERS AND JUDGMENTS CLERK**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Colon v. City of New York, et al.*, 12 CV 9205 (JMF)

Your Honor:

    I represent defendants City of New York and James Theis in the above-referenced matter and write on behalf of all parties to respectfully request that Your Honor endorse the Stipulation and Order of Dismissal provided herewith. In accordance with Your Honor's Individual Rules of Practice, I am also submitting, again on behalf of all parties, the Stipulation of Settlement in this matter. The parties thank the Court for its time and consideration herein.

                Respectfully submitted,

                /s/

                Patrick Beath,
                *Assistant Corporation Counsel*

Enc.
cc: Joel B. Rudin, Esq.
   Patrick Lawless, Esq.
   Ronald Berman, Esq.
    *(by ECF)*